Richard J. Reynolds (SBN 89911)
E-mail: rreynolds@bwslaw.com
Fabio R. Cabezas (SBN 131998)
E-mail: fcabezas@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067
Tel: 949.863.3363   Fax: 949.863.3350

Attorneys for Defendant
MTC FINANCIAL INC. dba TRUSTEE CORPS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DESCHAINE and BREANNA DESCHAINE,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>INDYMAC MORTGAGE SERVICES, A DIVISION OF ONEWEST BANK, FSB; FEDERAL HOME LOAN MORTGAGE CORPORATION; MTC FINANCIAL INC DBA TRUSTEE CORPS and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:13-cv-01991-WBS-CKD<br><br>**ORDER GRANTING REQUEST BY DEFENDANT MTC FINANCIAL INC. dba TRUSTEE CORPS TO APPEAR TELEPHONICALLY AT THE HEARING ON ITS MOTION TO DISMISS COMPLAINT**<br><br>Date:　　　November 18, 2013<br>Time:　　　2:00 p.m.<br>Judge:　　　Hon. William B. Shubb<br>Courtroom: 5, 14th Floor<br>Location:　501 I Street<br>　　　　　　Sacramento, CA 95814<br><br>Complaint Filed: August 8, 2013<br>Trial Date: Not Assigned |

　　　　The Court having read and considered Defendant MTC FINANCIAL INC. dba TRUSTEE CORPS' ("TRUSTEE CORPS") request to appear telephonically at the Motion to Dismiss hearing set for November 18, 2013 at 2:00 p.m. in Courtroom 5 of the above-entitled Court, and good cause appearing.

///

///

///

///

The Court hereby grants TRUSTEE CORPS' request. Counsel for TRUSTEE CORPS shall be on phone standby at the telephone number, (949) 863-3363, at least one-half hour before the time of the scheduled hearing. **The courtroom deputy shall email counsel with instructions how to participate in the telephone conference call.**

Dated:  October 28, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE