JOHN S. SARGETIS (SBN: 80630)
W. CHRISTOPHER SIMS (SBN: 276969)
**UNITED LAW CENTER**
3013 Douglas Blvd., Suite 200
Roseville, CA 95661
Tel: (916) 367-0647
Fax: (916) 265-9000

Attorneys for Plaintiff,
JASON DESCHAINE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DESCHAINE, <br><br> Plaintiff, <br><br> v. <br><br> INDYMAC MORTGAGE SERVICES, A DIVISION OF ONEWEST BANK, FSB; FEDERAL HOME LOAN MORTGAGE CORPORATION; MTC FINANCIAL INC. DBA TRUSTEE CORPS and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO.: 2:13-cv-01991-WBS-CKD <br><br> STIPULATION RE: DISMISSAL OF DEFENDANT MTC FINANCIAL INC. DBA TRUSTEE CORPS |

Plaintiff JASON DESCHAINE ("Plaintiff") and Defendant MTC FINANCIAL INC. DBA TRUSTEE CORPS ("Defendant") through their respective counsel of record submit the following stipulation to dismiss Defendant from the above entitled action with prejudice.

### **STIPULATION**

1. Whereas, Plaintiff filed this action, Case No. CU13-079812 against Defendant in the Superior Court of California, Nevada County on or about August 8, 2013;

2. Whereas, Defendant FEDERAL HOME LOAN MORTGAGE CORPORATION removed this action to the Federal Court Eastern District of California on or about September 23, 2013;

3. Whereas, Defendant filed a Motion to Dismiss on or about October 1, 2013 with a hearing date of November 18, 2013;

4. Whereas, Plaintiff filed a First Amended Complaint on or about October 21, 2013;

5. Whereas, Defendant filed an Amended Notice of Motion to Dismiss on or about October 23, 2013, with a hearing date of November 18, 2013;

6. Whereas, Plaintiff has decided to dismiss Defendant from this action, with prejudice, each party to bear their own attorney's fees and costs.

7. Plaintiff and Defendant hereby stipulate that Defendant will be dismissed from this action with prejudice and that Defendant will waive any right they may have to obtain attorney's fees and costs from Plaintiff as a result of this action.

IT IS SO STIPULATED:

Dated: November 4, 2013                    UNITED LAW CENTER

                                           By: /S/ W. Christopher Sims_____
                                               W. Christopher Sims,
                                               Attorney for Plaintiff,
                                               JASON DESCHAINE

Dated: November 4, 2013                    BURKE, WILLIAMS & SORENSON, LLP

                                           By: /S/ Fabio R. Cabezas_____
                                               Fabio R. Cabezas,
                                               Attorney for Defendant,
                                               MTC FINANCIAL, INC. DBA
                                               TRUSTEE CORPS

# **ORDER**

IT IS HEREBY ORDERED, that Defendant MTC FINANCIAL INC, DBA TRUSTEE CORPS is dismissed from the above entitled action, with prejudice. Defendant MTC FINANCIAL INC, DBA TRUSTEE CORPS will waive any rights it may or may not have to recover attorney's fees and costs from Plaintiff in this action.  The hearing on Defendant MTC Financial, Inc.'s Motion to Dismiss set for November 18, 2013 is vacated.

IT IS SO ORDERED.

Dated:  November 15, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE