1  Richard J. Reynolds (SBN 89911)
   E-mail:  rreynolds@bwslaw.com
2  Fabio R. Cabezas (SBN 131998)
   E-mail:  fcabezas@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
   1851 East First Street, Suite 1550
4  Santa Ana, CA  92705-4067
   Tel: 949.863.3363    Fax:  949.863.3350
5
   Attorneys for Defendant
6  MTC FINANCIAL INC. dba TRUSTEE CORPS

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | JASON DESCHAINE and BREANNA | Case No.  2:13-cv-01991-WBS-CKD
   | DESCHAINE, |
12 |  | **[PROPOSED**] ORDER GRANTING
   |               Plaintiffs, | **DEFENDANT MTC FINANCIAL INC. dba**
13 |  | **TRUSTEE CORPS' REQUEST TO**
   | v. | **APPEAR TELEPHONICALLY AT**
14 |  | **HEARING FOR MOTION TO DISMISS**
   | INDYMAC MORTGAGE SERVICES, A |
15 | DIVISION OF ONEWEST BANK, FSB; | Date:        January 27, 2014
   | FEDERAL HOME LOAN MORTGAGE | Time:        2:00 p.m.
16 | CORPORATION; MTC FINANCIAL INC | Judge:       Hon. William B. Shubb
   | DBA TRUSTEE CORPS and DOES 1 | Courtroom: 5, 14th Floor
17 | through 50, inclusive, | Location:    501 I Street
   |  |             Sacramento, CA  95814
18 |               Defendants. |
   |  | Complaint Filed:  August 8, 2013
19 |  | Trial Date:  Not Assigned

20

21         GOOD CAUSE HAVING BEEN SHOWN, Defendant MTC FINANCIAL INC. dba

22 TRUSTEE CORPS' request to appear telephonically at the hearing on the Motion to Dismiss

23 Second Amended Complaint scheduled for January 27, 2014, at 2:00 p.m., in this action is hereby

24 granted.  Counsel for Defendant MTC FINANCIAL INC. dba TRUSTEE CORPS can be reached

25 on the day of the hearing at (949) 863-3363.

26 / / /

27 / / /

28 / / /

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4828-1521-9991 v1

[PROPOSED] ORDER GRANTING REQUEST TO
APPEAR TELEPHONICALLY
2:13-CV-01991-WBS-CKD

1        **The Courtroom deputy shall email counsel with instructions on how to participate in**

2    **the telephone conference call**.

3

4        **IT IS SO ORDERED.**

5

6    Dated:  December 23, 2013

7                                              _____

8    4828-1521-9991, v. 1                      WILLIAM B. SHUBB
                                               UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4828-1521-9991 v1                    - 2 -                [PROPOSED] ORDER GRANTING REQUEST TO
                                                               APPEAR TELEPHONICALLY
                                                               2:13-CV-01991-WBS-CKD